UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DELAWARENCE BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANKA BEHAVIORAL/MHM IMC CALIFORNIA FORENSIC,<br><br>    Defendant. | Case No. 15-cv-00563-JSC<br><br>**ORDER OF DISMISSAL** |

On April 20, 2015, the Court dismissed Plaintiff's civil rights complaint for failure to present a cognizable claim for relief. Plaintiff was granted 28 days to file an amended complaint. He has failed to do so. This case is accordingly DISMISSED. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: June 4, 2015

                                              JACQUELINE SCOTT CORLEY
                                              United States Magistrate Judge